UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Brooke Cruz,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:25-cv-00738-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2) |

　　　　Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

　　　　Accordingly, it is **ORDERED** that:

　　　　1.　　Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

　　　　2.　　The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

　　Dated:　__**June 28, 2025**__　　　　　__/s/ Gary S. Austin_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE