ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
EMMA C. O'ROURKE-FRIEL, (WSBN 58052)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (978) 844 3542
Emma.c.orourke-friel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BROOKE CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25−CV−00738−GSA SS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 16, 2025, up to and including November 17, 2025. This is the Defendant's first request for an extension.

At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true

for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

Undersigned counsel for therefore requests an extension of time for 30 days. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 16, 2025          /s/  Paul Sachelari*
                                 (*as authorized via e-mail on October 16, 2025)
                                 PAUL SACHELARI
                                 Attorney for Plaintiff

Dated: October 16, 2025          ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Social Security Administration

                                 By:     /s/ Emma C. O'Rourke-Friel
                                  EMMA C. O'ROURKE-FRIEL
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 17, 2025, to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **October 16, 2025**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE