1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMANDA BROOKE CRUZ,                         No.  1:25-cv-00738-GSA

12              Plaintiff,                        ORDER TERMINATING ECF NO. 12
                                                  (OPENING BRIEF) AND DIRECTING
13        v.                                      PLAINTIFF TO REFILE AS A MOTION FOR
                                                  SUMMARY JUDGMENT
14   COMMISSIONER OF SOCIAL
     SECURITY,                                    (ECF No 12.)
15
                Defendants.
16

17        Per the scheduling order (ECF No. 5 at 2), the opening brief is now to be docketed as a

18   motion for summary judgment for case tracking and other administrative purposes.

19        Accordingly, it is **ORDERED** that the opening brief (ECF No. 12) is terminated, and

20   Plaintiff is directed to refile it as a motion for summary judgment.

21
22   IT IS SO ORDERED.

23      Dated:   __October 16, 2025__          _____ **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                             1