ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BROOKE CRUZ, | Civil No. 1:25-cv-00738-GSA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME (SECOND REQUEST) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from November 17, 2025 to December 17, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's second request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for this second extension as follows:

- At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. Effective Monday, October 20, 2025, SSA determined that the undersigned counsel for the Commissioner and colleagues within her office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

- Although counsel for the Commissioner was permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, the undesigned has many pressing deadlines resulting from the lapse in funding and resulting backlog of cases requiring reassignment, extension, and briefing. Additionally, the undersigned is scheduled to be out of the office on leave during the first week of December.

- Accordingly, despite diligent efforts to manage her workload, counsel for the Commissioner needs a second extension in the instant case to review the substantial administrative record, consider the issues that Plaintiff has raised, determine whether options exist for settlement, and prepare the Commissioner's responsive brief if settlement is not possible.

For the foregoing reasons, counsel for the Commissioner respectfully requests an extension up to and including December 17, 2025 for the Commissioner's Cross-Motion, with all other case deadlines extended accordingly.

Respectfully submitted,

Dated: November 13, 2025                LAW OFFICES OF FRANCESCO BENAVIDES

By:*/s/ Paul Sachelari*_____
    PAUL SACHELARI
    Attorneys for Plaintiff
    [*As authorized by e-mail on Nov. 12, 2025]

Dated: November 17, 2025                ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration | Law & Policy

By:    */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on December 3, 2025 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:  **November 17, 2025**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE