ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| AMANDA BROOKE CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25-cv-00738-GSA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further consider the medical and testimonial evidence, reassess Plaintiff's residual functional capacity, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 25, 2025	LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Paul Sachelari*\*
PAUL SACHELARI
Attorneys for Plaintiff
[*As authorized by e-mail on Nov. 24, 2025]

Dated: November 26, 2025	ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:	*/s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to stipulation, this action is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:   **November 26, 2025**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28